UNITED STATES COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

JOHN BAKER,

    Plaintiff,

vs.

RALPH "ED" PRICE and "JANE DOE" PRICE, Husband and Wife, TOWN OF PE ELL, WALTER "ED" RODERICK and "JANE DOE" RODERICK, Husband and Wife, SPENCER NICHOLS and "JANE DOE" NICHOLS, Husband and Wife, WESTERN WASHINGTON MERCHANT PATROL, INC., WEYERHAEUSER COMPANY,

    Defendants.

No. 3:12-CV-05858

**MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

**WITHOUT ORAL ARGUMENT**

By stipulation pursuant to General Rule 2(g)(4)(A), Fallon & McKinley, PLLC, and Carlson McMahon & Sealby, PLLC respectfully move that R. Scott Fallon of Fallon & McKinley, PLLC be substituted as counsel of record for Defendants Ralph "Ed" Price and "Jane Doe" Price, in place of Carlson McMahon & Sealby, PLLC, who is requesting to withdraw as counsel for Defendants Price in this action. Counsel request that all future notices and correspondence be directed to:

//

1  R. Scott Fallon, Esq.
2  Fallon & McKinley, PLLC
3  1111 3rd Avenue, Suite 2400
   Seattle, WA 98101
4  Tel: (206) 682-7580
5  Fax: (206) 682-3437
6  bfallon@fallonmckinley.com

7  As required by General Rule 2(g)(4)(A), withdrawing counsel has served this Motion on
8
9  Defendants Price and all counsel who have appeared in this matter (through the Court's
10 ECF system).
11
12     For these reasons, Patrick McMahon of Carlson McMahon & Sealby, PLLC
13 respectfully move that Fallon & McKinley, PLLC be substituted as counsel of record for
14
15 Defendants Price.
16     DATED this 2nd day of November, 2012.
17
18
19 FALLON & MCKINLEY, PLLC
20
21 By: s/R. Scott Fallon
22 R. Scott Fallon (WSBA #2574)
23 **Substituting Attorneys for Defendants Price**
24
25 CARLSON MCMAHON & SEALBY, PLLC
26
27 By: /s/ Approved Telephonically
28 Patrick McMahon (WSBA #18809)
29 **Withdrawing Attorneys for Defendants Price**
30
31 //
32 //

MOTION AND (.      ) ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL – PAGE 2 OF 4

FALLON & MCKINLEY, PLLC
1111 3rd Avenue, Suite 2400
Seattle, Washington 98101
Telephone (206) 682-7580

## ORDER

Based on the foregoing stipulation, IT IS SO ORDERED.

DATED this ____5____ day of ____November____, 2012.

_____
Honorable Benjamin H. Settle
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2012, I electronically filed Stipulated Motion and (Proposed) Order for Withdrawal and Substitution of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiff**
Rick F. Cordes, Esq.
Cordes Brandt, PLLC
2625 B Parkmont Lane SW, Ste. B
Olympia, WA 98502
360-357-7793
rick@cordesbrandt.com

**Attorney for Defendants**
**Western Washington Merchant Patrol, Inc. & Weyerhaeuser**
Barry Goehler, Esq.
Law Office of Barry J. Goehler
1001 SW 5th Avenue, Suite 1530
Portland, OR 97204
503-820-2512
goehleb@nationwide.com

//

MOTION AND    ) ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL – PAGE 3 OF 4

FALLON & MCKINLEY, PLLC
1111 3rd Avenue, Suite 2400
Seattle, Washington 98101
Telephone (206) 682-7580

| | |
|---|---|
| 1 Ralph Price<br>2 3711 Royal Street. S.E.<br>  Olympia, WA 98501<br>3 *Sent Via U.S. Mail* | |
| | _____<br>Elizabeth Bettridge, *assistant for*<br>R. Scott Fallon, WSBA #2574<br>Substituting attorney for Defendants Price<br>1111 3rd Avenue, Suite 2400<br>Seattle, WA 98101<br>Telephone: (206) 682-7580<br>Facsimile: (206) 682-3437<br>bfallon@fallonmckinley.com<br>elizabeth@fallonmckinley.com |

MOTION AND [....  ....] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL – PAGE 4 OF 4

FALLON & MCKINLEY, PLLC
1111 3rd Avenue, Suite 2400
Seattle, Washington 98101
Telephone (206) 682-7580