The Honorable Benjamin Settle

UNITED STATES COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

JOHN BAKER,

                  Plaintiff,

    vs.

RALPH "ED" PRICE and "JANE DOE" PRICE,
Husband and Wife, TOWN OF PE ELL,
WALTER "ED" RODERICK and "JANE DOE"
RODERICK, Husband and Wife, SPENCER
NICHOLS and "JANE DOE" NICHOLS,
Husband and Wife, WESTERN
WASHINGTON MERCHANT PATROL, INC.,
WEYERHAEUSER COMPANY,

                  Defendants.

No. 3:12-CV-05858-BHS

**STIPULATION FOR AND ORDER
OF DISMISSAL**

## STIPULATION

The undersigned attorneys and parties herein hereby STIPULATE and AGREE

that this action may be dismissed with prejudice and without costs it having been fully

settled.

\\

STIPULATION FOR AND ORDER OF DISMISSAL
No. 3:12-CV-05858-BHS – PAGE 1 OF 3

Presented by:

FALLON & McKINLEY, PLLC

R. Scott Fallon, Esq. WSBA#2574
Attorney for Defendants Price

Approved as to Form; Notice of
Presentation Waived:

CORDES BRANDT, PLLC

Rick Cordes, Esq. WSBA#5582
Attorney for Plaintiff

CARLSON & McMAHON

Patrick McMahon, Esq. WSBA #18809
Attorney for Defendants Town of Pe Ell,
Walter "Ed" & Jane Doe Roderick, and
Spencer & Jane Doe Nichols

LAW OFFICE OF BARRY GOEHLER

WSBA 32441
fn

Barry Goehler, Esq. WSBA #37660
Attorney for Defendants Western
Washington Merchant Patrol, Inc. and
Weyerhaeuser Company

FALLON & McKINLEY, PLLC
1111 3rd Avenue, Suite 2400
Seattle, Washington 98101
Telephone (206) 682-7580

CORDES BRANDT, PLLC

_____
Rick Cordes, Esq. WSBA#5582
Attorney for Plaintiff

CARLSON & MCMAHON

_____
Patrick McMahon, Esq. WSBA #18809
Attorney for Defendants Town of Pe Ell,
Walter "Ed" & Jane Doe Roderick, and
Spencer & Jane Doe Nichols

FALLON & MCKINLEY, PLLC

_____
R. Scott Fallon, Esq. WSBA#2574
Attorney for Defendants Price

LAW OFFICE OF BARRY GOEHLER

_____
Barry Goehler, Esq. WSBA #37660
Attorney for Defendants Western
Washington Merchant Patrol, Inc. and
Weyerhaeuser Company

## ORDER

Upon the foregoing STIPULATION, it is hereby:

ORDERED, ADJUDGED AND DECREED, that this action is hereby dismissed with prejudice and without costs.  The trial of this action was not held.

DONE IN OPEN COURT this _5th_ day of _November_____, 2013.

_____
JUDGE/COURT COMMISSIONER

\\

STIPULATION FOR AND ORDER OF DISMISSAL
No. 3:12-CV-05858-BHS – PAGE 2 OF 3

FALLON & MCKINLEY, PLLC
1111 3rd Avenue, Suite 2400
Seattle, Washington 98101
Telephone (206) 682-7580